PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Nishan Singh, | CASE NO. 2:23-CV-02120 KJM-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, et al., | |
| Respondents. | |

    Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's petition for asylee relative petition on behalf of her husband, which has been pending since May 2019. U.S. Citizenship and Immigration Services ("USCIS") has scheduled an interview on Plaintiff's petition for February 9, 2024. The parties anticipate that USCIS will be able to complete the adjudication of Plaintiff's application following the interview, which is expected to render this lawsuit moot.

///

///

///

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 9, 2024. The parties further request that the status conference set for February 22, 2024 and all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: January 26, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ROBERT JOBE
ROBERT JOBE
Counsel for Plaintiff

ORDER

Defendants' deadline to file an answer or other dispositive pleading is continued until April 9, 2024. The Status (Pretrial Scheduling) Conference set for February 22, 2024 is reset to May 9, 2024 at 2:30 PM before Chief District Judge Kimberly J. Mueller, with the filing of a Joint Status Report due fourteen (14) days prior. The May hearing will proceed by video conferencing through the Zoom application. The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing

It is so ordered.

DATED: January 29, 2024.

CHIEF UNITED STATES DISTRICT JUDGE